UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN H. DALTON, | ) | CASE NO. 3:10 CV 751 |
| | ) | |
| Petitioner, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION |
| STUART HUDSON, | ) | AND ORDER |
| | ) | |
| Respondent. | ) | |

On April 12, 2010, petitioner *pro se* Nathan H. Dalton, an inmate at the Pickaway Correctional Institution, filed the above-captioned *in forma pauperis* petition for writ of habeas corpus under 28 U.S.C. § 2254. The request to proceed *in forma pauperis* is granted.

A federal court may entertain a habeas petition filed by a person in state custody only on the ground that he is in custody in violation of the Constitution, laws, or treaties of the United States. 28 U.S.C. § 2254(a). In addition, petitioner must have exhausted all available state remedies. 28 U.S.C. § 2254(b).

The sole ground for the petition, asserts Dalton, is "being illegally detained on a post release control violation that was never sanctioned ... ." There is no indication, however, that Dalton is seeking to raise a constitutional claim. Further, even if he were seeking to assert such a claim, it is apparent on the face of the petition that he has not exhausted the claim in

state court. For these reasons, this action must be and is hereby **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed.R.App.P. 22(b); 28 U.S.C. § 2253.

    **IT IS SO ORDERED**.

Dated: July 1, 2010

    **HONORABLE SARA LIOI**
    **UNITED STATES DISTRICT JUDGE**